**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1511**

ANTHONY ROMAN,

        Plaintiff – Appellant,

    v.

SAM'S CLUB/WALMART; BEVERLY GRUBBS, Personnel Manager; GREG
SMITH, Store Manager,

        Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   James C. Turk, Senior
District Judge. (7:10-cv-00524-JCT)

Submitted:  July 19, 2013        Decided:  August 2, 2013

Before NIEMEYER, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Roman, Appellant Pro Se. Kevin Michael Kraham, LITTLER
MENDELSON PC, Washington, D.C., for Appellee Sam's Club.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Roman appeals the district court's orders partially dismissing his complaint and granting summary judgment on the remaining religious discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Roman v. Sam's Club/Walmart, No. 7:10-cv-00524-JCT (W.D. Va. Jan. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED